UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

DANNY WILLIAMS,

    Plaintiff,

v.

ROMEO ARANAS, *et al.,*

    Defendants.

Case No. 3:16-cv-00759-MMD-VPC

ORDER

This action is a *pro se* civil rights case filed pursuant to 42 U.S.C. § 1983 by a state prisoner. In its original screening order (ECF No. 7), the Court ordered the Attorney General's Office to inform the Court within seven (7) days if it could enter a limited notice of appearance for the purpose of responding to Plaintiff's motions for a temporary restraining order and a preliminary injunction (ECF No. 5, 6). (*See* ECF No. 7 at 16.) The response from the Attorney General's Office was due by January 25, 2018.

The Attorney General's Office informs the Court that it did not receive the screening order (ECF No. 7) until January 24, 2018, one day prior to the deadline, and did not open the e-mail regarding the screening order until January 30, 2018. (ECF No. 10 at 2.) The Attorney General's Office has not yet been able to speak to Defendant Aranas and therefore requests an extension of time of an additional seven (7) days to inform the Court as to whether it will accept service for Defendant Aranas and provide a limited notice of appearance and a response to the motion for preliminary injunction. (*Id.* at 3.) The Court now grants that request.

For the foregoing reasons, it is ordered that the request for an extension of time to inform the Court as to whether the Attorney General's Office will accept service for Defendant Aranas and provide a limited notice of appearance and a response to the motions for a temporary restraining order and preliminary injunction is granted.

It is further ordered that the deadlines set in the screening order (ECF No. 7 at 16) for informing the court whether the Attorney General's Office can accept service of process for Defendant Aranas and for responding to the motions for temporary injunction and preliminary injunction are reset to seven (7) days from the date of this order. If Plaintiff chooses to file a reply, he will file such a reply within ten (10) days from the date of entry of Defendant's response.

DATED THIS 1st day of February 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE