ADAM PAUL LAXALT
  Nevada Attorney General
IAN CARR, Bar No. 13840
  Deputy Attorney General
State of Nevada
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, NV  89701-4717
Tel:  (775) 684-1259
E-mail:  icarr@ag.nv.gov

*Attorneys for Defendant,*
*Dr. Romeo Aranas*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DANNY WILLIAMS,<br><br>         Plaintiff,<br><br>vs.<br><br>ROMEO ARANAS et al.,<br><br>         Defendants. | Case No.  3:16-cv-00759-MMD-VPC<br><br>**JOINT STIPULATION TO CONVERT MAY 7, 2018 EVIDENTIARY HEARING INTO STATUS CONFERENCE** |

Plaintiff, Danny Williams, by and through counsel, Adam Hosmer-Henner, Esq., Philip Mannelly, Esq., and Chelsea Latino, Esq., and Defendant Dr. Romeo Aranas, by and through counsel, Adam Paul Laxalt, Attorney General of the State of Nevada, and Ian Carr, Deputy Attorney General, hereby stipulate and agree to convert the evidentiary hearing set for May 7, 2018 (*See* ECF No. 38) into a status conference regarding, among other issues, the legal issue of mootness as applicable to Plaintiff's underlying motions (*see* ECF Nos. 5 & 6), given Plaintiff's recent release from prison custody on parole.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

The parties stipulate and agree that no substantive testimony or evidence need be taken during the May 7, 2018 status conference as the legal issue of mootness may be a threshold issue to be addressed prior to holding an evidentiary hearing on whether injunctive relief is warranted. Therefore, the parties respectfully request that the Court convert the evidentiary hearing set for May 7, 2018 into a status conference.

DATED this May 4, 2018.

| | |
|---|---|
| ADAM PAUL LAXALT, Attorney General | McDONALD CARANO LLP |
| /s/ Ian Carr | /s/ Adam Hosmer-Henner |
| IAN CARR (NSBN 13840)<br>State of Nevada<br>Bureau of Litigation<br>Public Safety Division<br>100 N. Carson Street<br>Carson City, Nevada 89701<br>Tel: (775) 684-1259<br>E-mail: icarr@ag.nv.gov | ADAM HOSMER-HENNER (NSBN 12779)<br>PHILIP MANNELLY (NSBN 14236)<br>CHELSEA LATINO (NSBN 14227)<br>100 West Liberty Street, 10th Floor<br>Reno, Nevada 89501<br>(775) 788-2000<br>ahosmerhenner@mcdonaldcarano.com<br>pmannelly@mcdonaldcarano.com<br>clatino@mcdonaldcarano.com |
| *Attorneys for Defendant* | *Attorneys for Plaintiff* |

IT IS SO ORDERED.

Dated: May 3, 2018

_____
U.S. District Judge

2

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 4th day of May, 2018, I caused a copy of the foregoing, **JOINT STIPULATION TO CONVERT MAY 7, 2018 EVIDENTIARY HEARING INTO STATUS CONFERENCE**, to be served, by U.S. District Court CM/ECF Electronic Filing on the following:

Adam Hosmer-Henner, Esq.
Philip Mannelly, Esq.
Chelsea Latino, Esq.
McDonald Carano LLP
100 W. Liberty Street, 10th Floor
Reno, NV 89501

_____
An employee of the Office
of the Attorney General