1  ADAM PAUL LAXALT
    Attorney General
2  IAN CARR, Bar No. 13840
    Deputy Attorney General
3  State of Nevada
    Bureau of Litigation
4  Public Safety Division
    100 N. Carson Street
5  Carson City, Nevada 89701-4717
    Tel: (775) 684-1209
6  E-mail: icarr@ag.nv.gov



FILED ___ RECEIVED
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

NOV 19 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

7  *Attorneys for Defendant Romeo Aranas*

8  **UNITED STATES DISTRICT COURT**

9  **DISTRICT OF NEVADA**  ORDER

10 DANNY WILLIAMS,                            Case No. 3:16-cv-00759-MMD-CBC

11              Plaintiff,

12     v.                                     **MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**

13 ROMEO ARANAS, *et al.*,

14              Defendants.

15

16   Defendant, Dr. Romeo Aranas, by and through counsel, Adam Paul Laxalt, Attorney General of

17 the State of Nevada, and Ian E. Carr, Deputy Attorney General, hereby submits his Motion for Extension

18 of Time to File a Responsive Pleading. This Motion is based on Federal Rule of Civil Procedure

19 6(b)(1)(A), the following Memorandum of Points and Authorities, and all papers and pleadings on file in

20 this action.

21                    **MEMORANDUM OF POINTS AND AUTHORITIES**

22 **I.   ARGUMENT**

23   Defendant respectfully requests a thirty (30) day extension of time out from the current deadline

24 (November 19, 2018) to file a responsive pleading in this case. Defense counsel is confronted with

25 numerous competing deadlines and a high workload due to staffing changes in the Office of the Attorney

26 General. However, such obstacles are currently being resolved and the requested extension of time

27 should afford Defendant adequate time to file a responsive pleading in this case.

28 / / /

1

Federal Rule of Civil Procedure 6(b)(1) governs extensions of time and provides as follows:

> When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

Defendant's request is timely and its limited nature will not hinder or prejudice Plaintiff's case, but will allow for a thorough response to Plaintiff's allegations. The requested thirty (30) day extension of time should permit Defendant time to adequately research and respond to Plaintiff's allegations. Defendant asserts that the requisite good cause is present to warrant the requested extension of time.

For these reasons, Defendant respectfully requests a thirty (30) day extension of time from the current deadline to file a responsive pleading in this case, with a new deadline to and including Wednesday, December 19, 2018.

DATED this 16th day of November, 2018.

ADAM PAUL LAXALT
Attorney General

By: /s/ Ian Carr
IAN CARR
Deputy Attorney General
State of Nevada
Bureau of Litigation
Public Safety Division
*Attorneys for Defendant Romeo Aranas*

IT IS SO ORDERED.

_____
U.S. MAGISTRATE JUDGE
DATED: 11/19/2018

## CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 16th day of November, 2018, I caused to be deposited for mailing a true and correct copy of the foregoing, **MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**, to the following:

Danny Williams
609 Standford Way
Sparks, NV 89431

*[signature]*
An employee of the Office
of the Attorney General